(Official Form 1) (12/03) West Group, Rochester, NY

**FORM B1**

# United States Bankruptcy Court
District of NEVADA

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| STRINGHAM, STEPHEN FRANK | STRINGHAM, LYNNAE WARD |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): NONE | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): NONE |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 5419 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): 4819 |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 3061 KEY LARGO DRIVE #101 LAS VEGAS NV 89120 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): 3061 KEY LARGO DRIVE #101 LAS VEGAS NV 89120 |
| County of Residence or of the Principal Place of Business: CLARK | County of Residence or of the Principal Place of Business: CLARK |
| Mailing Address of Debtor (if different from street address): SAME | Mailing Address of Joint Debtor (if different from street address): SAME |

Location of Principal Assets of Business Debtor
(If different from street address above): NOT APPLICABLE

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☒ Individual(s)
☐ Railroad
☐ Corporation
☐ Stockbroker
☐ Partnership
☐ Commodity Broker
☐ Other ____________
☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☒ Chapter 7 ☐ Chapter 11 ☐ Chapter 13
☐ Chapter 9 ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☒ Consumer/Non-Business ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **FORM B1, Page 2**

*STEPHEN FRANK STRINGHAM and LYNNAE WARD STRINGHAM*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ STEPHEN FRANK STRINGHAM
Signature of Debtor

X /s/ LYNNAE WARD STRINGHAM
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney

X /s/ DAVID M. CROSBY, ESQ.
Signature of Attorney for Debtor(s)

DAVID M. CROSBY, ESQ. 3499
Printed Name of Attorney for Debtor(s)

CROSBY & ASSOCIATES
Firm Name

711 S. EIGHTH STREET
Address

LAS VEGAS NEVADA 89101

702-382-2600
Telephone Number

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ DAVID M. CROSBY, ESQ.
Signature of Attorney for Debtor(s) Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| | /s/STEPHEN FRANK STRINGHAM | |
| Date | Signature of Debtor | Case Number |
| | /s/LYNNAE WARD STRINGHAM | |
| Date | Signature of Joint Debtor | |

DEBTOR COPY COURT COPY
(circle one)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

In re *STEPHEN FRANK STRINGHAM*
*and*
*LYNNAE WARD STRINGHAM*
/Debtor(s)

Case No.
Chapter: 7

Attorney For Debtor: *DAVID M. CROSBY, ESQ.*

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 1 | Aspire Visa<br>P.O. Box 23007<br>Columbus, GA 31902-3007 | | | $ 0.00 |
| 2 | AT & T Universal Card<br>P.O. Box 6901<br>The Lakes, NV 88901-6901 | | | $ 0.00 |
| 3 | Capital One<br>P.O. Box 60000<br>Seattle, WA 98190-6000 | | | $ 0.00 |
| 4 | Chase Mastercard<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | | | $ 0.00 |
| 5 | Citibank<br>P.O. Box 6415<br>The Lakes, NV 88901 | | | $ 0.00 |
| 6 | GE Care Credit<br>c/o Paul LAw Offices<br>P.O. Box 3536<br>Salt Lake City, UT 84110 | | | $ 0.00 |
| 7 | Hyundai Motor Finance Co<br>P.O. Box 20809<br>Fountain Valley, CA 92728-0809 | | | $ 0.00 |
| 8 | Tammy L. Kenner<br>c/o State of NV, Child Support<br>P.O. Box 98950<br>Las Vegas, NV 89193-8950 | | | $ 0.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 9 | *Wells Fargo Auto FInance, Inc*<br>*P.O. Box 29704*<br>*Phoenix, AZ  85038-9704* | | | *$ 0.00* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re ***STEPHEN FRANK STRINGHAM***
***and***
***LYNNAE WARD STRINGHAM***
/ Debtor

Attorney for Debtor: ***DAVID M. CROSBY, ESQ.***

Case No.
Chapter 7

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: ____________________

***/s/ STEPHEN FRANK STRINGHAM***
Debtor

***/s/ LYNNAE WARD STRINGHAM***
Joint Debtor

STEPHEN FRANK STRINGHAM
LYNNAE WARD STRINGHAM
3061 KEY LARGO DRIVE #101
LAS VEGAS, NV 89120

ASPIRE VISA
P.O. BOX 23007
COLUMBUS, GA 31902-3007

AT & T UNIVERSAL CARD
P.O. BOX 6901
THE LAKES, NV 88901-6901

CAPITAL MANAGEMENT SERVICES
726 EXCHANGE STREET #700
BUFFALO, NY 14210

CAPITAL ONE
P.O. BOX 60000
SEATTLE, WA 98190-6000

CHASE MASTERCARD
P.O. BOX 9001074
LOUISVILLE, KY 40290-1074

CHASE MASTERCARD
P.O. BOX 15298
WILMINGTON, DE 19850-5298

CITIBANK
P.O. BOX 6415
THE LAKES, NV 88901

DAVID M. CROSBY, ESQ.
711 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101

GE CARE CREDIT
C/O PAUL LAW OFFICES
P.O. BOX 3536
SALT LAKE CITY, UT 84110

GERALD A. PHILLIPS, ESQ.
P.O. BOX 11400
527 LANDER STREET
RENO, NV 89510-1400

HYUNDAI MOTOR FINANCE CO
P.O. BOX 20809
FOUNTAIN VALLEY, CA 92728-080

LAW OFFICES OF MITCHELL N. KAY
7 PENN PLAZA
NEW YORK, NY 10001-3995

NORTHLAND GROUP, INC.
P.O. BOX 390857
EDINA, MN 55439

PLAZA ASSOCIATES
P.O. BOX 2769
NEW YORK, NY 10116-2769

TAMMY L. KENNER
C/O STATE OF NV, CHILD SUPPORT
P.O. BOX 98950
LAS VEGAS, NV 89193-8950

WELLS FARGO AUTO FINANCE, INC
P.O. BOX 29704
PHOENIX, AZ 85038-9704